UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00195-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MAURICIO CUEVAS-LOBIO,

       Defendant.

---

## ORDER

---

**IT IS ORDERED** that the Motion to Reschedule Change of Plea Hearing **(#17)** filed by counsel for Defendant on October 25, 2007, will be considered at the time of the currently scheduled change of plea hearing on Monday, October 29, 2007, at 10:45 a.m.

DATED this 25th day of October, 2007.

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge