UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00195-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MAURICIO CUEVAS-LOBIO,

      Defendant.

_____

## ORDER RESETTING CHANGE OF PLEA HEARING
_____

      **IT IS ORDERED** that the Change of Plea Hearing previously set for January 31, 2008, is

now reset to February 8, 2008, at 1:30 p.m.

      DATED this 6th day of January, 2008.

                           **BY THE COURT:**

                           _____

                           Marcia S. Krieger
                           United States District Judge