UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00195-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAURICIO CUEVAS-LOBIO,

    Defendant.

---

## ORDER DIRECTING EXAMINATION

---

**IT IS ORDERED THAT** pursuant to 18 U.S.C. §§ 4241 and 4247(b), the Defendant shall submit to an examination by Dr. Susan Bograd, 3300 E. First Avenue, Suite 590, Denver, Colorado, for the purpose of determining whether the Defendant suffers from a mental disease or defect that renders him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Within Dr. Bograd's discretion, such examination may be conducted in the detention quarters of the offices of the United States Marshal, 901 19th Street, Denver, Colorado. Dr. Bograd is authorized to contact the United States Marshal Service at (303) 335-3400 to arrange for use of these detention facilities. The United States Marshal is directed to facilitate the Defendant's presence for the examination at a date and time convenient to Dr. Bograd.

If the examination occurs in the courthouse, the Court will make an interpreter available to

attend the examination. To ensure the presence of an interpreter, Dr. Bograd should contact chambers at (303) 335-2289 to advise the Court of the date and time of the examination.

Following the examination, Dr. Bograd shall prepare a report of her findings pursuant to 18 U.S.C. § 4247(c) and send copies to all counsel and to the Court within 30 days of this Order. Within 10 days of receipt of that report, counsel shall jointly contact the Court to set a hearing on the Defendant's Motion Under 18 U.S.C. § 4241 for Determination of Competency and Psychiatric Evaluation **(#33)**.

To the extent necessary, Dr. Bograd is authorized to directly contact Assistant United States Attorney Wallace Kleindienst at (970) 247- 1514 x.206, and defense counsel Robert Pepin at (303) 294-7002 to request copies of appropriate documents.

The Clerk of Court is directed to fax a copy of this Order to Dr. Bograd at (303) 322-2155, and to mail a copy to Dr. Bograd at 3300 E. First Avenue, Suite 590, Denver, Colorado, 80206. The Clerk of Court is also directed to serve a copy of this Order on the United States Marshal.

Dated this 19th day of February, 2008

                                              **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge